UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMELO ORTIZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES STEEL CORPORATION, MARIO LONGHI, and DAVID B. BURRITT,<br><br>Defendants. | Civ. Action No. 2:17-cv-00579-CB<br><br><br><br><br><br><br><br><br><br>Electronically Filed |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL I. FISTEL, JR.**

Michael I. Fistel, Jr., undersigned counsel for Plaintiff Carmelo Ortiz, hereby moves that Michael I. Fistel, Jr., be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Carmelo Ortiz in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Michael I. Fistel, Jr., in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

DATED: May 12, 2017  **JOHNSON & WEAVER, LLP**

*s/Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR. (GA262062)

40 Powder Springs Street
Marietta, GA  30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101
Email: michaelf@johnsonandweaver.com

*Counsel for Plaintiff Carmelo Ortiz*

- 1 -