November 1, 2016                                                                                       Local Rules of Court
                                                                                              Western District of Pennsylvania

## APPENDIX LCvR/LCrR 83.2.B-MOTION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMELO ORTIZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Civil Action No. 2:17-cv-00579-CB ) ) |
| vs. | ) ) ) |
| UNITED STATES STEEL CORPORATION, MARIO LONGHI, and DAVID B. BURRITT, | ) ) ) |
| Defendants. | ) ) |
| | ) Electronically Filed |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER J. KELLER

　　Christopher J. Keller, undersigned counsel for Proposed Lead Plaintiff Pension Trust Fund for Operating Engineers Pension Plan, Operating Engineers Health and Welfare Trust Fund, and Pensioned Operating Engineers Health and Welfare Trust Fund (the "Operating Engineers Trust Funds"), hereby moves that Christopher J. Keller be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed Lead Plaintiff the Operating Engineers Trust Funds in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

　　In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Christopher J. Keller filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: 7/12/17　　　　　　　　　　　　　　　*/s/ Christopher J. Keller*
　　　　　　　　　　　　　　　　　　　　　　Christopher J. Keller (Bar. ID No. NY 2891026)
　　　　　　　　　　　　　　　　　　　　　　Labaton Sucharow LLP
　　　　　　　　　　　　　　　　　　　　　　140 Broadway
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 907-0700
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 818-0477
　　　　　　　　　　　　　　　　　　　　　　ckeller@labaton.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Operating Engineers Trust Funds and Proposed Lead Counsel for the Class*