November 1, 2016                                                                                          Local Rules of Court
                                                                                                 Western District of Pennsylvania

**APPENDIX LCvR/LCrR 83.2.B-MOTION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARMELO ORTIZ, Individually and on Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>UNITED STATES STEEL CORPORATION,  )<br>MARIO LONGHI, and DAVID B. BURRITT,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 2:17-cv-00579-CB<br><br><br><br><br><br><br><br><br><br>Electronically Filed |

**MOTION FOR ADMISSION *PRO HAC VICE* OF FRANCIS P. MCCONVILLE**

    Francis P. McConville, undersigned counsel for Proposed Lead Plaintiff Pension Trust Fund for Operating Engineers Pension Plan, Operating Engineers Health and Welfare Trust Fund, and Pensioned Operating Engineers Health and Welfare Trust Fund (the "Operating Engineers Trust Funds"), hereby moves that Francis P. McConville be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed Lead Plaintiff the Operating Engineers Trust Funds in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Francis P. McConville filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                               Respectfully submitted,

Dated: 7/12/17                                              */s/ Francis P. McConville*
                                                                       Francis P. MConville (Bar. ID No. NY 4740338)
                                                                        Labaton Sucharow LLP
                                                                        140 Broadway
                                                                        New York, New York 10005
                                                                        Telephone: (212) 907-0700
                                                                        Facsimile: (212) 818-0477
                                                                        fmcconville@labaton.com

                                                                        *Counsel for the Operating Engineers Trust Funds*
                                                                        *and Proposed Lead Counsel for the Class*