November 1, 2016                                                                                              Local Rules of Court
                                                                                                     Western District of Pennsylvania

# APPENDIX LCvR/LCrR 83.2.B-MOTION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMELO ORTIZ, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 2:17-cv-00579-CB<br>)<br>) |
| vs. | )<br>) |
| UNITED STATES STEEL CORPORATION, MARIO LONGHI, and DAVID B. BURRITT, | )<br>)<br>) |
| Defendants. | )<br>) |
| | ) <u>Electronically Filed</u> |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER D. BARRAZA

<u>Christopher D. Barraza</u>, undersigned counsel for Proposed Lead Plaintiff <u>Pension Trust Fund for Operating Engineers Pension Plan, Operating Engineers Health and Welfare Trust Fund, and Pensioned Operating Engineers Health and Welfare Trust Fund (the "Operating Engineers Trust Funds")</u>, hereby moves that <u>Christopher D. Barraza</u> be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed Lead Plaintiff the <u>Operating Engineers Trust Funds</u> in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of <u>Christopher D. Barraza</u> filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 7/12/17

<u>/s/ Christopher D. Barraza</u>
Christopher D. Barraza (Bar. ID No. NY 4461695)
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cbarraza@labaton.com

*Counsel for the Operating Engineers Trust Funds and Proposed Lead Counsel for the Class*