APPENDIX LCvR/LCrR 83.2.B-MOTION

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMELO ORTIZ, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES STEEL CORPORATION, MARIO LONGHI, and DAVID B. BURRIT,<br><br>           Defendants. | C.A. No. 2:17-cv-00579<br><br><u>CLASS ACTION</u> |

### MOTION FOR ADMISSION *PRO HAC VICE* OF SHANNON L. HOPKINS

Shannon L. Hopkins, undersigned counsel for Movant Christakis Vrakas, hereby moves that Shannon L. Hopkins be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for counsel for Movant Christakis Vrakas in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Shannon L. Hopkins filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 8, 2017              Respectfully submitted,

                                                                */s/ Shannon L. Hopkins*
                                                    Shannon L. Hopkins (CT Bar No. 435545)
                                                    **Levi & Korsinsky, LLP**
                                                    733 Summer Street, Suite 304
                                                    Stamford, CT 06901
                                                    Main:  (203) 992-4523
                                                    Facsimile:  (212) 363-7171
                                                    shopkins@zlk.com

                                                    *Attorney for Movant Christakis Vrakas*