IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, LEANN REED, and ROBERT MYER, individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES STEEL CORPORATION, *et al.*,<br>    Defendants. | Civil Action No. 2:17-cv-00579-CB<br><br>Judge Cathy Bissoon |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRANDON G. MORDUE**

Brandon G. Mordue, undersigned counsel for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak, hereby moves that Brandon G. Mordue be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Brandon G. Mordue filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

|  | Respectfully submitted, |
|---|---|
| Dated: November 21, 2017 | /s/ Brandon G. Mordue<br>Brandon G. Mordue (OH ID NO. 0092146)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114-1190<br>Telephone:  216.586.3939<br>Fax:  216.579.0212<br>Email: bmordue@jonesday.com<br><br>*Counsel for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of November, 2017, a true and correct copy of this Motion for Admission *Pro Hac Vice* of Brandon G. Mordue was filed and served on counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF system.

                                                  */s/ Brandon G. Mordue*