## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

<table>
<tr>
<td>
CHRISTAKIS VRAKAS, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

   v.

UNITED STATES STEEL CORPORATION, et al.,

        Defendants.
</td>
<td>
*ELECTRONICALLY FILED*

CIVIL DIVISION

Civil Action No. 2:17-cv-00579-CB

Judge Cathy Bissoon
</td>
</tr>
</table>

### MOTION FOR ADMISSION PRO HAC VICE OF KATHERINE J. DROOYAN

Katherine J. Drooyan, undersigned counsel for J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Barclays Capital Inc., Wells Fargo Securities, LLC, Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, PNC Capital Markets LLC, Scotia Capital (USA) Inc., Citizens Capital Markets, Inc., SunTrust Robinson Humphrey, Inc., BNY Mellon Capital Markets, LLC, Citigroup Global Markets Inc., Commerz Markets LLC, The Huntington Investment Company, SG Americas Securities, LLC, The Williams Capital Group, L.P., and ING Financial Markets LLC[1] (collectively the "Underwriter Defendants"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Underwriter Defendants pursuant to L.Cv.R. 83.2 and L.Cv.R. 83.3, L.Cr.R. 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

---

[1] The Amended Class Action Complaint names as Defendants Goldman Sachs & Co. and Citigroup Capital Markets, Inc. The correct names for these entities are Goldman Sachs & Co. LLC and Citigroup Global Markets Inc.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Katherine J. Drooyan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 27, 2017

PAUL HASTINGS LLP

*/s/ Katherine J. Drooyan*
Katherine J. Drooyan (NY SB# 5325923)
katherinedrooyan@paulhastings.com
200 Park Avenue
New York, NY  10166
Telephone:    212.318.6481
Facsimile:    212.230.7681

*Attorneys for Underwriter Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 27, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ Katherine J. Drooyan
Katherine J. Drooyan
*Attorney for Underwriter Defendants*