IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES STEEL CORPORATION, et al.,<br><br>        Defendants. | *ELECTRONICALLY FILED*<br><br>CIVIL DIVISION<br><br>Civil Action No. 2:17-cv-00579-CB<br><br>Judge Cathy Bissoon |

## MOTION FOR ADMISSION PRO HAC VICE OF SHAHZEB LARI

Shahzeb Lari, undersigned counsel for J.P. Morgan Securities LLC, Goldman Sachs & Co. LLC, Barclays Capital Inc., Wells Fargo Securities, LLC, Credit Suisse Securities (USA) LLC, Morgan Stanley & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, PNC Capital Markets LLC, Scotia Capital (USA) Inc., Citizens Capital Markets, Inc., SunTrust Robinson Humphrey, Inc., BNY Mellon Capital Markets, LLC, Citigroup Global Markets Inc., Commerz Markets LLC, The Huntington Investment Company, SG Americas Securities, LLC, The Williams Capital Group, L.P., and ING Financial Markets LLC[1] (collectively the "Underwriter Defendants"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Underwriter Defendants pursuant to L.Cv.R. 83.2 and L.Cv.R. 83.3, L.Cr.R. 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

---

[1] The Amended Class Action Complaint names as Defendants Goldman Sachs & Co. and Citigroup Capital Markets, Inc. The correct names for these entities are Goldman Sachs & Co. LLC and Citigroup Global Markets Inc.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Shahzeb Lari filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 27, 2017

        PAUL HASTINGS LLP

        */s/ Shahzeb Lari*
        Shahzeb Lari (NY SB# 4119624)
        shahzeblari@paulhastings.com
        200 Park Avenue
        New York, NY  10166
        Telephone:    212.318.6098
        Facsimile:    212.230.7698

        *Attorneys for Underwriter Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 27, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users.

*/s/ Shahzeb Lari*
Shahzeb Lari
*Attorney for Underwriter Defendants*