APPENDIX LCvR/LCrR 83.2.B-MOTION

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, LEEANN REED, and ROBERT MYER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES STEEL CORPORATION, MARIO LONGHI, DAVID B. BURRITT, DAN LESNAK, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO., BARCLAYS CAPITAL INC., WELLS FARGO SECURITIES, LLC, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PNC CAPITAL MARKETS LLC, SCOTIA CAPITAL (USA) INC., CITIZENS CAPITAL MARKETS, INC., SUNTRUST ROBINSON HUMPHREY, INC., BNY MELLON CAPITAL MARKETS, LLC, CITIGROUP CAPITAL MARKETS, INC., COMMERZ MARKETS LLC, THE HUNTINGTON INVESTMENT COMPANY, SG AMERICAS SECURITIES LLC, THE WILLIAMS CAPITAL GROUP L.P., and ING FINANCIAL MARKETS LLC,<br><br>　　　　　Defendants. | Civil Action No. 17-579<br><br><br><br>Judge Cathy Bissoon |

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHANIE A. BARTONE**

　　　Stephanie A. Bartone, undersigned counsel for Lead Plaintiff Christakis Vrakas and Plaintiffs Leeann Reed and Robert Myer, hereby moves that Stephanie A. Bartone be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for counsel

for Lead Plaintiff Christakis Vrakas and Plaintiffs Leeann Reed and Robert Myer in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Stephanie A. Bartone filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 6, 2018

Respectfully submitted,

*/s/ Stephanie A. Bartone* _____
Stephanie A. Bartone (CT Juris No. 433899)
**Levi & Korsinsky, LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Main: (203) 992-4523
Facsimile: (212) 363-7171
sbartone@zlk.com

*Attorney for Plaintiffs*