IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, LEANN REED, and ROBERT MYER, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES STEEL CORPORATION, *et al*.,<br>　　　　　Defendants. | Civil Action No. 2:17-cv-00579-CB<br><br><br>Judge Cathy Bissoon |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ADRIENNE FERRARO MUELLER**

Adrienne Ferraro Mueller, undersigned counsel for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak, hereby moves that Adrienne Ferraro Mueller be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Adrienne Ferraro Mueller filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                      Respectfully submitted,

Dated: November 13, 2018                     */s/ Adrienne Ferraro Mueller*
                                                   Adrienne Ferraro Mueller (OH ID NO. 0076332)
                                                   JONES DAY
                                                 North Point
                                                 901 Lakeside Avenue
                                                 Cleveland, Ohio  44114-1190
                                                 Telephone:  216.586.3939
                                                 Fax:  216.579.0212
                                                 Email: afmueller@jonesday.com

                                               *Counsel for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of November, 2018, a true and correct copy of this Motion for Admission *Pro Hac Vice* of Adrienne Ferraro Mueller was filed and served on counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF system.

                */s/ Adrienne Ferraro Mueller*