# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS and LEEANN REED, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES STEEL CORPORATION, MARIO LONGHI, DAVID B. BURRITT, DAN LESNAK, J.P. MORGAN SECURITIES LLC, GOLDMAN SACHS & CO., BARCLAYS CAPITAL INC., WELLS FARGO SECURITIES, LLC, CREDIT SUISSE SECURITIES (USA) LLC, MORGAN STANLEY & CO. LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PNC CAPITAL MARKETS LLC, SCOTIA CAPITAL (USA) INC., CITIZENS CAPITAL MARKETS, INC., SUNTRUST ROBINSON HUMPHREY, INC., BNY MELLON CAPITAL MARKETS, LLC, CITIGROUP CAPITAL MARKETS, INC., COMMERZ MARKETS LLC, THE HUNTINGTON INVESTMENT COMPANY, SG AMERICAS SECURITIES LLC, THE WILLIAMS CAPITAL GROUP L.P., and ING FINANCIAL MARKETS LLC,<br><br>      Defendants. | Civil Action No. 17-579<br><br>Judge Cathy Bissoon |

## <u>ORDER</u>

Upon consideration of the Stipulation Regarding Voluntary Dismissal of Securities Act Claims Asserted by Plaintiff Leeann Reed, and Pursuant to F.R.C.P. 41(a)(2), the Court hereby enters this Order adopting and implementing its terms:

1) Counts III and IV of the Amended Complaint are hereby DISMISSED in their entirety with prejudice;

2) Such dismissal shall have no effect on Reed's ability to pursue her Exchange Act claims or to act as a class representative in this Action;

3) As a result of this stipulation of dismissal, the Underwriter Defendants are DISMISSED with prejudice as to all claims pending against them;

4) This stipulation and agreement shall not affect the rights, interests, or claims of any other putative Class member; and

5) Each party is to bear their own costs in connection herewith.

IT IS SO ORDERED.

Dated: ___March 18, 2019___          s\Cathy Bissoon_____
                                     Cathy Bissoon
                                     United States District Judge