IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 2:17-cv-00579-CB |
| vs. | ) |
| UNITED STATES STEEL CORPORATION, *et al.*, | ) Judge Cathy Bissoon |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRYON ANDREW PIKE**

Bryon Andrew Pike, undersigned counsel for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak, hereby moves that Bryon Andrew Pike be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Bryon Andrew Pike filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

|  | Respectfully submitted, |
|---|---|
| Dated: June 8, 2020 | /s/ Bryon Andrew Pike |

Bryon Andrew Pike (OH ID NO. 0098496)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  216.586.3939
Fax:  216.579.0212
Email: bapike@jonesday.com

*Counsel for Defendants United States Steel Corporation, Mario Longhi, David B. Burritt, and Dan Lesnak*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2020, a true and correct copy of this Motion for Admission *Pro Hac Vice* of Bryon Andrew Pike was filed and served on counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF system.

                                                                  */s/* Bryon Andrew Pike