APPENDIX LCvR/LCrR 83.2.B-MOTION

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, *et. al.*,<br>                      Plaintiffs,<br>        v.<br>UNITED STATES STEEL<br>CORPORATION, *et. al.*,<br><br>              Defendants. | Civil Action No. 17-579<br><br>Judge Cathy Bissoon |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW W. ROCCO

Andrew W. Rocco, undersigned counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed, hereby moves that Andrew W. Rocco be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed  in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for *Admission Pro Hac Vice* of Andrew W. Rocco filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 28, 2020                    Respectfully submitted,

                                   */s/ Andrew W. Rocco*_____
                                   Andrew W. Rocco (CT Juris No. 439180)
                                   **Levi & Korsinsky, LLP**
                                   1111 Summer Street, Suite 403
                                   Stamford, CT 06905
                                   Main: (203) 992-4523
                                   Facsimile:  (212) 363-7171

1

arocco@zlk.com

*Attorney for Plaintiffs*