**APPENDIX LCvR/LCrR 83.2.B-MOTION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, *et. al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES STEEL CORPORATION, *et. al.*,<br>Defendants. | Civil Action No. 17-579<br><br>Judge Cathy Bissoon |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KRISTINA M. MENTONE

Kristina M. Mentone, undersigned counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed, hereby moves that Kristina M. Mentone be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for *Admission Pro Hac Vice* of Kristina M. Mentone filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 28, 2020

Respectfully submitted,

*/s/ Kristina M. Mentone*
Kristina M. Mentone (NY Bar No. 4208757)
**Levi & Korsinsky, LLP**
1111 Summer Street, Suite 403
Stamford, CT 06905
Main: (203) 992-4523
Facsimile: (212) 363-7171

1

kmentone@zlk.com

*Attorney for Plaintiffs*