APPENDIX LCvR/LCrR 83.2.B-MOTION

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES STEEL CORPORATION, *et al.*,<br><br>        Defendants. | Civil Action No. 17-579<br><br>Judge Cathy Bissoon |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARK S. REICH

Mark S. Reich, undersigned counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed, hereby moves that Mark S. Reich be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for *Admission Pro Hac Vice* of Mark S. Reich filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: April 20, 2021            Respectfully submitted,

                                */s/ Mark S. Reich*
                                Mark S. Reich (NY Bar No. 3907953)
                                **Levi & Korsinsky, LLP**
                                55 Broadway, 10th Floor
                                New York, NY 10006

Main: (212) 363-7500
Facsimile:  (212) 363-7171
mreich@zlk.com

*Attorney for Plaintiffs*