**APPENDIX LCvR/LCrR 83.2.B-MOTION**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTAKIS VRAKAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES STEEL CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 17-579 <br><br> Judge Cathy Bissoon |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. KEATING**

Michael J. Keating, undersigned counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed, hereby moves that Michael J. Keating be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for *Admission Pro Hac Vice* of Michael J. Keating filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: April 20, 2021                     Respectfully submitted,

                                                   */s/ Michael J. Keating*
                                                   Michael J. Keating (CT Bar No. 441023)
                                                   **Levi & Korsinsky, LLP**
                                                   1111 Summer Street, Suite 403
                                                   Stamford, CT 06905

Main: (203) 992-4523
Facsimile: (212) 363-7171
mkeating@zlk.com

*Attorney for Plaintiffs*