IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTAKIS VRAKAS and LEEANN REED, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Civil Action No. 17-579 |
| v. | |
| UNITED STATES STEEL CORPORATION, MARIO LONGHI, DAVID B. BURRITT, and DAN LESNAK, | Judge Cathy Bissoon |
| Defendants. | |

## DECLARATION OF GEOFFREY J. RITTS

I, Geoffrey J. Ritts, make this declaration pursuant to the Court's Order of April 21, 2021 (ECF 298) (the "Order").

1. I am a partner in the law firm of Jones Day and counsel for defendants United States Steel Corporation, Mario Longhi, David Burritt, and Dan Lesnak (the "Defendants").

2. The Court entered the Order on April 21, 2021. I certify that counsel for Defendants shared the Order with all Defendants on April 21, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2021

                                                                               /s/ Geoffrey J. Ritts
                                                                                Geoffrey J. Ritts

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Declaration of Geoffrey J. Ritts was filed using the Court's CM/ECF system on April 23, 2021, which will effectuate service upon all parties of record.

Vincent Coppola (PA50181)
PRIBANIC & PRIBANIC
513 Court Place
Pittsburgh, PA 15219
Telephone: (412) 281-8844
vcoppola@pribanic.com

Shannon L. Hopkins
Kristina Mentone
Stephanie A. Bartone
Gregory M. Potrepka
Andrew W. Rocco
Mark Reich
Michael J. Keating
LEVI & KORSINSKY LLP
1111 Summer St, Suite 403
Stamford, CT 06905
Telephone:  (203) 992-4523
shopkins@zlk.com

*Attorneys for Plaintiffs*

/s/ Geoffrey J. Ritts
*One of the Attorneys for Defendants*