**APPENDIX LCvR/LCrR 83.2.B-MOTION**

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTAKIS VRAKAS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES STEEL CORPORATION, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 17-579<br><br>Judge Cathy Bissoon |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID JAYNES**

　　David Jaynes, undersigned counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed, hereby moves that David Jaynes be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for counsel for Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

　　In support of this motion, undersigned counsel attaches the Affidavit for *Admission Pro Hac Vice* of David Jaynes filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: April 27, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ David Jaynes*
　　　　　　　　　　　　　　　　　　　　David Jaynes (UT Bar No. 15870)
　　　　　　　　　　　　　　　　　　　　**Levi & Korsinsky, LLP**
　　　　　　　　　　　　　　　　　　　　1111 Summer Street, Suite 403
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905

Main: (203) 992-4523
Facsimile:  (212) 363-7171
djaynes@zlk.com

*Attorney for Plaintiffs*