[EXHIBIT A-2 – PROOF OF CLAIM AND RELEASE FORM]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____
                                    )
                                    )    Civil Action No. 17-579
*In re U. S. Steel Consolidated Cases*  )
                                    )    Judge Cathy Bissoon
                                    )
_____ )

**PROOF OF CLAIM AND RELEASE**

**A.   GENERAL INSTRUCTIONS**

1. To be eligible to recover as a member of the Settlement Class based on your claims in the action entitled *In re U. S. Steel Consolidated Cases*, Civil Action No. 17-579 (the "Action"), you must complete and, on page _ below, sign this Proof of Claim and Release Form ("Claim Form").  If you fail to submit a timely and properly addressed (as set forth in paragraph 3 below) Claim Form, your claim may be rejected and you may not be eligible to receive any money from the Net Settlement Fund created in connection with the proposed Settlement.

2. Submission of this Claim Form, however, does not ensure that you will share in the proceeds of the Settlement.

3. **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.USSTEELLITIGATION.COM NO LATER THAN _____ __, 2022, OR, IF MAILED, POSTMARKED NO LATER THAN _____ __, 2022, ADDRESSED AS FOLLOWS:**

*United States Steel Corporation Securities Litigation*
Claims Administrator
c/o A.B. Data, Ltd.
P.O. Box 170500
Milwaukee, WI 53217
(877) 868-2084
Online Submissions:  www.USSteelLitigation.com

If you are NOT a member of the Settlement Class (as defined in the Notice of Pendency of Class Action and Proposed Settlement, Final Approval Hearing and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"), which accompanies this Claim Form), DO NOT submit a Claim Form.

4. Do not mail or deliver your Claim Form to the Court, the parties to the Action, or their counsel.  Submit your Claim Form only to the Claims Administrator as set forth in paragraph 3 above.

5. If you are a member of the Settlement Class and you have not timely requested exclusion in response to the Class Notice (dated June 26, 2020) or Notice, you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

**B.   CLAIMANT IDENTIFICATION**

1. If you purchased or otherwise acquired the publicly traded common stock and/or options of United States Steel Corporation ("U. S. Steel" or the "Company"), during the period from January 27, 2016 through April 25, 2017, inclusive, (the "Settlement Class Period") and held the securities in your name, you are the beneficial owner as well as the record owner. If, however, you purchased or otherwise acquired the publicly traded common stock and/or options of U. S. Steel through a third party during the Settlement Class Period, such as a brokerage firm, you are the beneficial owner, and the third party is the record owner. For the purposes of this Settlement, you are a Settlement Class Member if you purchased or otherwise acquired U. S. Steel common stock and options between **January 27, 2016, and April 25, 2017, inclusive, and were injured thereby**.

      2.      Use Part I of this form entitled "Claimant Information" to identify each beneficial purchaser or acquirer of U. S. Steel common stock and options that form the basis of this claim, as well as the purchaser or acquirer of record if different.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S).

      3.      All joint purchasers must sign this claim.  Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  Signature of this form by such a representative constitutes certification of his or her authority to act on behalf of Claimant.  The Social Security (or Taxpayer Identification) Number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

**C.   IDENTIFICATION OF TRANSACTIONS**

      1.      Use Part II of this form entitled "Schedule of Transactions in Common Stock" to supply all required details of your transaction(s) in U. S. Steel common stock, including both: (1) open market common stock purchases; and (2) common stock that was purchased pursuant to: (a) the exercise of a call option(s); and (b) the assignment of a put option(s). If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

      2.      Use Part III of this form entitled "Schedule of Transactions in Call Options" to supply all required details of your transaction(s) in U. S. Steel call options, including transactions in call options that were exercised and resulted in the purchase of U. S. Steel common stock. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

      3.      On the schedules, provide all of the requested information with respect to ***all*** of your holdings, purchases, acquisitions, and sales of U. S. Steel common stock, call options, and put options during the period from January 27, 2016 through and including July 24, 2017, whether such transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

      4.      The date of covering a "short sale" is deemed to be the date of purchase of U. S. Steel common stock.  The date of a "short sale" is deemed to be the date of sale of U. S. Steel common stock.

      5.      Copies of broker confirmations or other documentation of your transactions must be attached to your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  Plaintiffs do not have information about your transactions in U. S. Steel common stock, call options, or put options.

      6.      NOTICE REGARDING ELECTRONIC FILES: Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  All Claimants MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies.  If you wish to file your claim electronically, you must contact the Claims Administrator at (877) 868-2084 to obtain the required file layout.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

| For Official Use Only | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>*In re U. S. Steel Consolidated Cases*<br>Civil Action No. 2:17-579-CB<br>**PROOF OF CLAIM AND RELEASE**<br>PLEASE TYPE OR PRINT | MUST BE POSTMARKED<br>OR RECEIVED<br>NO LATER THAN<br>_____ \_\_, 2022 |
|---|---|---|

### PART I:  CLAIMANT INFORMATION

The Claims Administrator will use this information for all communications regarding this Claim Form.  If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's Name (First, Middle, Last)

Joint Beneficial Owner's Name (First, Middle, Last) *(if applicable)*

Entity Name (if the Beneficial Owner is not an individual)

Name of Representative, if applicable (*executor, administrator, trustee, c/o, etc.*), if different from Beneficial Owner

Last 4 digits of Social Security Number or Taxpayer Identification Number

Street Address

City                                        State/Province         ZIP Code

Foreign Postal Code *(if applicable)*         Foreign Country *(if applicable)*

Telephone Number (Day)                     Telephone Number (Evening)

Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

**Type of Beneficial Owner:**

Specify one of the following:

☐ Individual(s)  ☐ Corporation  ☐ UGMA Custodian  ☐ IRA  ☐ Partnership  ☐ Estate  ☐ Trust  ☐ Other (describe): \_\_\_

## PART II: SCHEDULE OF TRANSACTIONS IN COMMON STOCK

**1. HOLDINGS AS OF JANUARY 27, 2016.** State the total number of shares of U. S. Steel common stock held as of the opening of trading on January 27, 2017. If none, write "zero" or "0." _____. (Must be documented.)

Confirm Proof of Position Enclosed ○

**2. PURCHASES FROM JANUARY 27, 2016 THROUGH AND INCLUDING APRIL 25, 2017.** Separately list each and every purchase/acquisition of U. S. Steel common stock from after the opening of trading on January 27, 2016, through the close of trading on April 25, 2017. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Result of an Option Exercise or Assignment? Yes/No | Was the Option a Put or Call? | Was the Option Bought or Sold? | Confirm Proof of Purchase/ Acquistion Enclosed |
|---|---|---|---|---|---|---|---|
| / / | | $ | $ | | | | ○ |
| / / | | $ | $ | | | | ○ |
| / / | | $ | $ | | | | ○ |
| / / | | $ | $ | | | | ○ |

**3. NUMBER OF SHARES PURCHASED FROM APRIL 26, 2017 THROUGH JULY 24, 2017.** State the total number of shares purchased/acquired from after the opening of trading on April 26, 2017, through close of trading on July 24, 2017. If none, write "zero" or "0." _____.[1] (Must be documented.)

**4. SALES FROM JANUARY 27, 2016 THROUGH JULY 24, 2017.** Separately list each and every sale/disposition of U. S. Steel common stock from after the opening of trading on January 27, 2016, through the close of trading on July 24, 2017. (Must be documented.)

**IF NONE, CHECK HERE** ○

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) | Result of an Option Exercise or Assignment? Yes or No | Was the Option a Put or Call? | Was the Option Bought or Sold? | Confirm Proof of Sale Enclosed |
|---|---|---|---|---|---|---|---|
| / / | | $ | $ | | | | ○ |
| / / | | $ | $ | | | | ○ |
| / / | | $ | $ | | | | ○ |
| / / | | $ | $ | | | | ○ |

---

[1] **Please note**: Information requested with respect to your purchases/acquisitions of U. S. Steel common stock from after the opening of trading on April 26, 2017 through and including the close of trading on July 24, 2017 is needed in order to balance your claim; purchases or acquisitions during this period, however, are not eligible under the Settlement and will not be used for purposes of calculating your Recognized Claim pursuant to the Plan of Allocation.

| 5. HOLDINGS AS OF JULY 24, 2017. State the total number of shares of U. S. Steel common stock held as of the close of trading on July 24, 2017. If none, write "zero" or "0." _____. (Must be documented.) | Confirm Proof of Position Enclosed ○ |
|---|---|

| PART III:  SCHEDULE OF TRANSACTIONS IN CALL OPTIONS |||
|---|---|---|
| 1. BEGINNING HOLDINGS – Separately list all positions in U. S. Steel Call Option contracts in which you had an open interest as of the opening of trading on January 27, 2016. (Must be documented.) || **IF NONE, CHECK HERE** ○ |
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

2. PURCHASES OF U. S. STEEL CALL OPTIONS – Separately list each purchase/acquisition (including free receipts) of U. S. Steel Call Option contracts from after the opening of trading on January 27, 2016 through and including the close of trading on July 24, 2017. (Must be documented.)

| Date of Purchase/Acquisition (Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts Purchased or Acquired | Purchase/Acquisition Price Per Call Option Contract | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |
| /   / | $ | /   / | | $ | $ | | /   / |

| 3. **SALES OF U. S. STEEL CALL OPTIONS** – Separately list each sale/disposition (including free deliveries) of U. S. Steel Call Option contracts from after the opening of trading on January 27, 2016 through and including the close of trading on July 24, 2017 (Must be documented.) | | | | | **IF NONE, CHECK HERE** ○ | | |
|---|---|---|---|---|---|---|---|
| Date of Sale (Chronologically) (Month/Day/Year) | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commission, and fees) | Insert an "A" if Assigned Insert an "X" if Expired | Assignment Date (Month/Day/Year) |
| /   / | $ | /   / | | | $ | | |
| /   / | $ | /   / | | | $ | | |
| /   / | $ | /   / | | | $ | | |
| /   / | $ | /   / | | | $ | | |

| 4. **ENDING HOLDINGS** – Separately list all positions in U. S. Steel Call Option contracts that you had as of the close of trading on July 24, 2017, in which you had an open interest as of the expiration date. (Must be documented.) | | **IF NONE, CHECK HERE** ○ |
|---|---|---|
| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |
| $ | /   / | |

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS, YOU MUST PHOTOCOPY THIS PAGE AND CHECK THIS BOX ☐. INCLUDE THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH PAGE.**

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 6. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

## PART III – ACKNOWLEDGMENTS AND RELEASE

A. **SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

I (We) submit this Proof of Claim and Release under the terms of the Stipulation and Agreement of Settlement, dated May 20, 2022 (the "Stipulation"), described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Western District of Pennsylvania with respect to my (our) claim as a Settlement Class Member, the subject matter of the Settlement, and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action. I (We) agree to furnish additional information to the Claims Administrator to support this Claim (including transactions in other U. S. Steel securities) if requested to do so. I (We) have not submitted any other Claim in the Action covering the same purchases or acquisitions of U. S. Steel common stock and/or options and know of no other person having done so on my (our) behalf.

B. **RELEASE AND ACKNOWLEDGMENT**

1. Upon the occurrence of the Court's approval of the Settlement, as detailed in the accompanying Notice, I (we) agree and acknowledge that my (our) signature(s) below shall effect and constitute a full and complete release and discharge by me (us) and my (our) successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate, or one or more other persons, by it, him, her, or them, and by its, his, her, or their successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such) of each of the "U. S. Steel Defendant Releasees" of all "Plaintiffs' Released Claims," as those terms are defined in the Stipulation.

2. Upon the occurrence of the Court's approval of the Settlement, as detailed in the accompanying Notice, I (we) agree and acknowledge that my (our) signature(s) below shall effect and constitute an agreement by me (us) and my (our) successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate, or one or more other persons, by it, him, her, or them, and by its, his, her, or their successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such) not to commence, institute, prosecute, or continue to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal, or administrative forum asserting any and all Plaintiffs' Released Claims (including Unknown Claims) against any of the U. S. Steel Defendant Releasees.

3. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of "Plaintiffs' Released Claims" set forth in the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

4. I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

5. I (We) hereby warrant and represent that I (we) have included the information requested about all of my (our) transactions in U. S. Steel common stock and/or options that are the subject of this claim, as well as the opening and closing positions in such securities held by me (us) on the dates requested in this Claim Form.

6. I (We) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code. (Note: If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct and that the documents submitted herewith are true and correct copies of what they purport to be.

Executed this _____ day of _____, in _____, _____.
                                      (Month / Year)                (City)            (State/Country)

_____          _____
Signature of Claimant                                                            Signature of Joint Claimant, if any

_____          _____
Print Name of Claimant                                                           Print Name of Joint Claimant, if any

Capacity of person(s) signing (*e.g.*, Beneficial Purchaser, Executor, or Administrator)

### REMINDER CHECKLIST

1. Please sign the above release and acknowledgment.

2. If this claim is being made on behalf of Joint Claimants, then both must sign.

3. Remember to attach copies of supporting documentation, if available.

4. **Do not send** originals of certificates.

5. Keep a copy of your Claim Form and all supporting documentation for your records.

6. The Claims Administrator will acknowledge receipt of your Claim Form within 60 days. Your claim is not deemed submitted until you receive an acknowledgment email or postcard. If you do not receive an acknowledgment email or postcard within 60 days, please call the Claims Administrator toll-free at (877) 868-2084.

7. If you move, please send your new address to:

    *United States Steel Corporation Securities Litigation*
    c/o A.B. Data, Ltd.
    P.O. Box 170500
    Milwaukee, WI 53217
    (877) 868-2084
    Online Submissions:  www.USSteelLitigation.com

    Email: info@USSteelLitigation.com

8. **Do not use red pen or highlighter** on the Claim Form or supporting documentation.