**[EXHIBIT A-3 – SUMMARY NOTICE]**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| _____ ) | |
| ) | Civil Action No. 17-579 |
| *In re U. S. Steel Consolidated Cases* ) | |
| ) | Judge Cathy Bissoon |
| _____ ) | |

**SUMMARY NOTICE OF PROPOSED SETTLEMENT, FINAL APPROVAL HEARING, AND MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** All Persons or entities that during the period from January 27, 2016 through April 25, 2017, inclusive (the "Settlement Class Period"), purchased or otherwise acquired United States Steel Corporation ("U. S. Steel") common stock or options, and were injured thereby (the "Settlement Class").

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY THE PROPOSED SETTLEMENT OF A CLASS ACTION LAWSUIT PENDING IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA (THE "COURT").**

PLEASE DO NOT CONTACT THE COURT, U. S. STEEL, OR ANY OTHER DEFENDANT, OR THEIR COUNSEL, REGARDING THIS NOTICE.

ALL QUESTIONS ABOUT THIS NOTICE, THE PROPOSED SETTLEMENT, OR YOUR ELIGIBILITY TO PARTICIPATE IN THE PROPOSED SETTLEMENT SHOULD BE DIRECTED TO LEAD COUNSEL OR THE CLAIMS ADMINISTRATOR, WHOSE CONTACT INFORMATION IS PROVIDED BELOW.

**YOU ARE HEREBY NOTIFIED**, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the Settlement Class in the above-captioned litigation (the "Action") has been preliminarily certified for the purposes of the proposed Settlement only.

**YOU ARE ALSO NOTIFIED,** that Lead Plaintiff Christakis Vrakas and Plaintiff Leeann Reed ("Plaintiffs"), on behalf of themselves and the proposed Settlement Class, and the U. S. Steel Defendants have reached a proposed settlement of the Action for $40 million in cash (the "Settlement Amount"), that, if approved, will resolve all claims in the Action (the "Settlement").

A hearing (the "Final Approval Hearing") will be held before the Honorable Cathy Bissoon, United States District Court Judge for the Western District of Pennsylvania, either via telephonic or video conference, or in Courtroom 3A, 3rd Floor, Joseph F. Weis, Jr. U.S. Courthouse 700 Grant Street Pittsburgh, PA 15219 at ___ on ____, 2022, to, among other things, determine whether: (i) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (ii) the Action should be dismissed with prejudice against the U. S. Steel Defendants, as set forth in the Stipulation and Agreement of Settlement ("Stipulation"), dated May 20, 2022; (iii) the proposed Plan of Allocation for distribution of the Settlement Fund, and any interest earned thereon, less Taxes, Notice and Administration Costs, Litigation Expenses awarded by the Court, attorneys' fees awarded by the Court, any award to pay the costs and expenses of Plaintiffs awarded by the Court, and any other costs, expenses or amounts as may be approved by the Court; (the "Net Settlement Fund"), should be approved as fair and reasonable; (iv) the application of Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved; and (v) the application for an award to pay the costs and expenses of Plaintiffs should be approved.[1]  The Court may change the date of the hearing without providing another notice.  You do NOT need to attend the Final Approval Hearing in order to receive a distribution from the Net Settlement Fund.

---

[1] The Notice and the Stipulation, available for download at www.ussteellitigation.com, contain additional information concerning the Settlement and the definitions, and further explanation, of the defined terms used in this Notice (which are indicated by initial capital letters).

QUESTIONS?  VISIT www.ussteellitigation.com OR CALL (877) 868-2084 TOLL FREE.                      PAGE 1 OF 2

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO SHARE IN THE NET SETTLEMENT FUND.** If you have not yet received (i) the printed Notice of Proposed Settlement, Final Approval Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"), or (ii) the Proof of Claim and Release Form ("Claim Form"), you can obtain a copy of those documents on the website www.ussteellitigation.com or by contacting the Claims Administrator:

*In re U. S. Steel Securities Litigation*
c/o A.B. Data
P.O. Box 170500
Milwaukee, WI 53217
877-868-2084
info@ussteellitigation.com

Please refer to the website for more detailed information and to review the Settlement documents. Inquiries other than requests for information about the status of a claim may also be made to Lead Counsel:

Shannon L. Hopkins
Levi & Korsinsky, LLP
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone: (203) 992-4523

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must timely submit a valid Claim Form, which can be found on the website listed above, ***postmarked or submitted via www.ussteellitigation.com no later than [ ]***. If you are a Settlement Class Member and do not submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a Settlement Class Member, have not previously requested exclusion in connection with the Class Notice, and wish to exclude yourself from the Settlement Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice, ***postmarked no later than [ ]***. If you properly exclude yourself from the Settlement Class, you will not be eligible to share in the proceeds of the Settlement. If you are a Settlement Class member and do not timely exclude yourself from the Settlement Class, you will be bound by any judgments or orders entered by the Court in the Action.

Any objections to the proposed Settlement, Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses must be submitted to the Court in accordance with the instructions set forth in the Notice, including by filing with the Court ***no later than [ ]***, and ***postmarked or emailed to the Settling Parties' counsel no later than [ ]***.

DATED: _____

THE HONORABLE CATHY BISSOON
United States District Court Judge, United States District Court for
The Western District of Pennsylvania